FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 0 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CRIMINAL NO. 15-3762 JCH<br>) |
| vs. | )<br>) |
| NAEL ALI,<br>CHRISTINA BOWEN (a.k.a.<br>"Christina Sandoval"), and<br>MOHAMMAD MANASRA, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

THE UNITED STATES OF AMERICA having filed a Motion to Seal the Indictment, and the Court having been fully advised in the matter and finding the Motion to be well taken, it is hereby

ORDERED that the Indictment, the United States's Motion to Seal, and any related orders be filed and maintained under seal until further Order of the Court pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*10/20/2015*
Kristopher N. Houghton
Assistant U.S. Attorney

1