AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 OCT 28 PM 2: 05

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NAEL ALI, | ) Case No. 15cr3762-001 JCH | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nael Ali,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371:
Conspiracy to Violate the Indian Arts and Crafts Act;

Counts 2-4: 18 U.S.C. § 1159:
Violation of the Indian Arts and Crafts Act.

Date:   10/21/2015

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/28/15, and the person was arrested on *(date)* 10/28/15
at *(city and state)* ALBUQUERQUE, NM.

Date: 10/28/15

*Arresting officer's signature*

THOMAS D. GRACE JR
*Printed name and title*