# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

| Clerk's Minutes | Initial/Arraignment/Detention | | |
|---|---|---|---|
| Date: | 10/29/2015 | Case Number: | 15cr3762-001 JCH |
| Case Title: USA v. | Nael Ali | Liberty: | Gila @ 9:33; 9:57 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 10 minutes |
| Probation/Pretrial: | A. Galaz | Interpreter: | n/a |

**ATTORNEYS PRESENT:**

| Plaintiff: | Kristopher Houghton | Defendant: | Erlinda Johnson |
|---|---|---|---|

**PROCEEDINGS:**

- ☒ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Motions due by: 11/18/2015
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Herrera
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant released on his/her own recognizance w/conditions
- ☒ Other: defense requests release; government does not oppose; court findings