FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT **2 9** 2015 

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-CR-03762 |
| ) | |
| vs. ) | |
| ) | |
| NAEL ALI, ) | |
| CHRISTINA BOWEN (a.k.a. ) | |
| "Christina Sandoval"), and ) | |
| MOHAMMAD MANASRA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THE UNITED STATES OF AMERICA having filed a Motion to Unseal the Indictment, and the Court having been fully advised in the matter and finding the Motion to be well taken, it is hereby

ORDERED that the Indictment, the United States's Motion to Unseal, and any related orders previously sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure now be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_____
Kristopher N. Houghton
Assistant U.S. Attorney

1