FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 18 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-CR-3762-JH |
| ) | |
| vs. ) | |
| ) | Counts 1-2: 18 U.S.C. § 1159: |
| NAEL ALI, ) | Violations of the Indian Arts and Crafts |
| ) | Act; |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about February 26, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **NAEL ALI**, did knowingly display and offer for sale, and did sell for $1,000 and more, a good, specifically: jewelry, in a manner that suggested that the good was Indian produced, an Indian product, and the product of a particular Indian and Indian tribe, resident within the United States, when in truth and in fact, as she there and then well knew and believed, the good was not Indian produced, an Indian product, and the product of a particular Indian and Indian tribe.

In violation of 18 U.S.C. § 1159.

### Count 2

On or about October 15, 2015, and continuing to on or about October 28, 2015, in Bernalillo County, in the District of New Mexico, the defendant, **NAEL ALI**, did knowingly display and offer for sale for $1,000 and more, a good, specifically: jewelry, in a manner that suggested that the good was Indian produced, an Indian product, and the product of a particular

Indian and Indian tribe, resident within the United States, when in truth and in fact, as he there and then well knew and believed, the good was not Indian produced, an Indian product, and the product of a particular Indian and Indian tribe.

In violation of 18 U.S.C. § 1159.

JAMES D. TIERNEY
Acting United States Attorney

*/s/ signed*

Kristopher N. Houghton
Sean P. Sullivan
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274
