IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) Cr. No. 15-3762 JCH |
| vs. | )<br>) |
| **NAEL ALI,** | )<br>) |
| Defendant. | )<br>) |

## **WAIVER OF INDICTMENT**

I, **NAEL ALI**, the above named defendant, who is accused of violating 18 U.S.C. § 1159, that being a violation of the Indian Arts and Crafts Act, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on 10/18/2017 prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
**NAEL ALI**
Defendant

_____
**J.D. HERERA**
Attorney for Defendant

Before: _____
UNITED STATES MAGISTRATE JUDGE

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 18 2017
MATTHEW J. DYKMAN
CLERK