IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | CRIMINAL NO. 15-cr-3762-JCH |
| ) | |
| **NAEL ALI**,        ) | |
| ) | |
| Defendant.        ) | |

**MOTION TO CONTINUE
SENTENCING OF NAEL ALI**

The United States respectfully requests that the Court continue the sentencing hearing for Defendant Nael Ali for the following reasons. Defendant Ali does not oppose this motion.

1. The sentencing hearing in this matter is currently set to be heard by the Court on March 27, 2018, at 9:00 a.m. On March 5, 2018, Mr. Ali filed objections to the presentence report. The presentence writer responded on March 12, 2018, the same day undersigned counsel returned to the U.S. Attorney's Office from two weeks of military duty. Given the factual disputes that have recently surfaced, the United States now intends to present agent testimony so the Court can make accurate factual findings important to the guidelines calculation. Unfortunately, the agent the United States needs to call is out of town on annual leave, and will be unavailable until after March 30, 2018.

2. Additionally, today the United States was made aware that Defendant Ali may have used mass marketing to market the fraudulent sale of his jewelry, which would likely impact his guideline range. The United States needs a short amount of time to

investigate that information, and provide it to the presentence writer for consideration.

3. Moreover, the United States has requested in a previous motion that the sentencing hearing of Defendant Ali's co-defendant, Mohammad Manasra, be set on the same day as Defendant Ali's sentencing hearing. This request was made to accommodate victims and Native American artisans that plan to attend and provide testimony to the Court. The Court vacated Defendant Manasra's prior setting, but has yet to reschedule his sentencing hearing.

For all of the reasons above, the United States respectfully requests that this Court reset Defendant Ali's sentencing hearing to a time between April 11 and 18, 2018, a time during which the United States, its witnesses, and Defendant Ali are all available. Additionally, the United States requests that Defendant Manasra's sentencing hearing be set for the same day to enable Native American artisans and victims to make statements to the Court during both cases.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

/s/
KRISTOPHER N. HOUGHTON
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing through the CM/ECF system, which provided notice and a copy to opposing counsel of record.
/s/
KRISTOPHER N. HOUGHTON
Assistant United States Attorney