# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET – TO BE CONTINUED & RESET

| | | | |
|---|---|---|---|
| CR No: 15-3762 JH | | USA vs.: Ali | |
| Date: May 10, 2018 | | Name of Deft: Nael Ali | |
| Before the Honorable: Judith C. Herrera | | | |
| Time In/Out: | 10:31 A.M. – 12:50 P.M. | Total Time in Court **(for JS10):** | 2 hours + 19 minutes (**Continued** Evidentiary Sentencing) |
| Clerk: | I.Duran | Court Reporter: | P.Baca |
| AUSA: | Kris Houghton & Sean Sullivan | Defendant's Counsel: | Jerry D. Herrera |
| Sentencing in: | Albuquerque, NM | Interpreter: | None |
| Probation Officer: | Melissa Pedraza | Interpreter Sworn? Yes / No | |

| Convicted on: | **X** Plea | Verdict | As to: | **X** Information | Indictment |
|---|---|---|---|---|---|
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: 1 & 2 | | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 10/18/2017 | PSR: | Not Disputed | Disputed | Courts adopts PSR Findings | |
| Evidentiary Hrg: | Not Needed | Needed | Exceptions to PSR: | | |

## SENTENCE IMPOSED

Imprisonment (BOP):

Supervised Release:      Probation:

| | | | |
|---|---|---|---|
| REC | 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service of 60 hours |
| | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ___ months ___ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| | Must provide accurate & lawful income tax returns, etc. | | Possess no sexual material |
| | No contact with co-defendant(s) or co-conspirator(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |
| | OTHER: | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | | Restitution: $ | | |
| SPA: $ | | Payment Schedule: | Due Immediately | Waived |

OTHER:

| | | |
|---|---|---|
| | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| | Held in Custody | Voluntary Surrender |
| Recommended place(s) of incarceration: | | |
| Dismissed Counts: | | |

OTHER COMMENTS: Govt. states his appearance for the record & introduces various people present in court today. Both Defense counsel enter their appearances for the record.

Ct. makes inquiry. Govt. states that several witnesses will be called (Noel Wagner, Liz Wallace, Pamela Phillips, Ira Wilson & Tanya Rafael).
10:35 A.M. Govt. (Mr. Sullivan) calls Elizabeth Nancy Wallace.
10:35 A.M. **Witness Elizabeth Nancy Wallance SWORN**.
10:37 A.M. Direct examination by Govt.
10:44 A.M. Defense counsel Mr. Herrera makes objection.
10:44 A.M. Ct. sustains objection.
10:44 A.M. Defense counsel Mr. Herrera makes objection.
10:45 A.M. Govt. responds.
10:45 A.M. Ct. overrules objection.
10:45 A.M. Direct examination continues by Govt.
10:49 A.M. Cross examination by Defense by Mr. Herrera
10:51 A.M. Cross examination by defense Ms. Rivas
10:51 A.M. Re-direct examination by Govt. (Mr. Sullivan)
10:52 A.M. Witness Excused.
10:53 A.M. Defense calls Witness Noel Wagner.
10:53 A.M. **Witness Noel Wagner SWORN**.
10:53 A.M. Direct examination by Govt. (Mr. Houghton).
10:58 A.M. Govt's Exhibit #1 shown on ELMO. Govt. admits Exhibit #1.
10:58 A.M. No objection by defense counsel on behalf of Ali & Manasra
10:58 A.M. **Ct. admits Exhibit #1.**
11:02 A.M. Direct examination continues by Govt. (Mr. Houghton).
11:06 A.M. Govt. moves to admit Exhibit #2
11:06 A.M. No objection by defense counsel on behalf of Ali & Manasra
11:06 A.M. **Ct. admits Exhibit #2**
11:06 A.M. Govt. Mr. Houghton continues direct examination.
11:10 A.M. Govt. introduces Exhibit #3 & moves for admission.
11:10 A.M. Defense counsel on behalf of Ali & Manasra have no objection to admission.
11:10 A.M. **Ct. admits Exhibit #3**.
11:11 A.M. Govt continues direct examination
11:17 A.M. Defense counsel makes objection.
11:17 A.M. Ct. makes inquiry.
11:17 A.M. Govt. responds.
11:18 A.M. Ct. directs Govt's counsel to lay foundation.
11:18 A.M. Govt. continues direct examination.
11:18 A.M. Defense counsel makes objection.
11:18 A.M. Ct. allows testimony.
11:18 A.M. Govt. continues direct examination.
11:24 A.M. Govt. introduces Exhibit #4 & moves to admission Exhibit #4
11:24 A.M. Defense Herrera objects to admission of Exhibit 4.
11:24 A.M. Defense Rivas takes no position.
11:25 A.M. Ct. calls bench conference with counsel.
11:33 A.M. **Ct. admits Exhibit #4**
11:33 A.M. Govt. plays recording of Exhibit #4.
11:41 A.M. Cross Examination by Defense counsel Mr. Herrera
11:49 A.M. No questions by Ms. Rivas.
11:49 A.M. Ct. makes inquiry re: timing of hearing.
11:50 A.M. Govt. responds. Govt. calls Witness Tanya June Rafael.
11:51 A.M. **Witness Tanya June Rafael SWORN.**
11:51 A.M. Direct examination by Govt. Mr. Sullivan.
11:56 A.M. Defense counsel Herrera makes objection.
11:56 A.M. Ct. overrules objection.
11:56 A.M. Direction examination continues.
11:57 A.M. Cross-examination by defense counsel Mr. Herrera.
11:58 A.M. Witness excused.
11:58 A.M. Defense counsel Herrera addresses the Court.
11:58 A.M. Govt. calls Pamela Phillips.
11:59 A.M. **Witness Pamela Jean Phillips SWORN**.
11:59 A.M. Direct examination by Govt. (Mr. Houghton).
12:03 P.M. Defense counsel Herrera makes objection.

12:04 P.M. Ct. makes inquiry.
12:04 P.M. Govt. responds to the Court.
12:04 P.M. Defense counsel replies.
12:05 P.M. Ct. addresses the parties.
12:07 P.M. Govt. responds.
12:08 P.M. Ct. addresses the parties.
12:08 P.M. Direct examination continues.
12:10 P.M. Defense counsel Herrera makes objection.
12:10 P.M. Ct. makes inquiry of Ms. Rivas
12:11 P.M. Defense counsel Rivas responds to the Court.
12:12 P.M. Govt's counsel Houghton continues direct examination.
12:19 P.M. Cross-examination by defense counsel Mr. Herrera.
12:28 P.M. Cross-examination by defense counsel Ms. Rivas.
12:31 P.M. Govt. calls Ira Wilson.
12:31 P.M. **Witness Ira T. Wilson SWORN.**
12:31 P.M. Direct examination by Govt. (Mr. Sullivan)
12:39 P.M. Cross-examination by Defense counsel Herrera
12:43 P.M. Ct. makes inquiry of witness.
12:44 P.M. Witness responds.
12:46 P.M. Witness excused.

12:48 P.M.  Based on scheduling, the Court will continue sentencing as to Nael Ali.
12:49 P.M.  Ct. will hold sentencing today as to Mohammad Manasra.
12:49 P.M.  Govt. addresses the Court & tenders Exhibit 1 – 4.
12:50 P.M.  Ct. in recess & will reconvene at 2:00 P.M. as to Defendant Manasra.
**Ct. will reset sentencing as to Defendant Ali for a later date.**