IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    vs.                                    CRIMINAL NO.: 1:15-CR-03762-JCH

NAEL ALI, ET.AL.

    *Defendant.*

## NOTICE OF ENTRY OF APPEARANCE

The undersigned hereby enters an appearance on behalf of the United States as co-counsel.

                                        Respectfully submitted,

                                        JOHN C. ANDERSON
                                        United States Attorney

                                        *Electronically filed June 13, 2018*
                                        STEPHEN R. KOTZ
                                        Assistant U.S. Attorney
                                        P.O. Box 607
                                        Albuquerque, NM  87103
                                        (505) 346-7274

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

      */s/*
STEPHEN R. KOTZ
Assistant U.S. Attorney