IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**NAEL ALI**, )<br>)<br>Defendant. ) | CRIMINAL NO. 15-3762-JCH<br>17-370-JCH |

## MOTION TO DISMISS THE INDICTMENTS AS TO DEFENDANT NAEL ALI WITHOUT PREJUDICE

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States respectfully moves the Court to dismiss the Indictments in these cases, without prejudice, against only defendant Nael Ali, and in support states as follows:

On October 18, 2017, defendant Nael Ali pled guilty to a two-count Information in 15-CR-3762-JCH, charging violations of 18 U.S.C. § 1159, contrary to the Indian Arts and Crafts Act.

Pursuant to the plea agreement, the United States has agreed to dismiss the Indictments filed against defendant Nael Ali upon sentencing, and sentencing having taken place, the United States requests that the Court dismiss the Indictments in cause numbers 15-CR-3762-JCH and 17-CR-370-JCH, without prejudice, as against only defendant Nael Ali.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

 *Filed electronically September 27, 2018*
KRISTOPHER N. HOUGHTON
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I filed the
foregoing through the CM/ECF system, which
provided notice and a copy to opposing counsel
of record.

*/s/*
KRISTOPHER N. HOUGHTON
Assistant United States Attorney